```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
            -against-                                       :      01-CR-1161 (VSB)
                                                            :
ANDERSON PENA,                                              :            ORDER
                                                            :
                        Defendant.                          :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of Defendant Anderson Pena's ("Pena") motion for compassionate release, (Doc. 41), his supplementary motion, (Doc. 44), and the Government's opposition, (Doc. 45). If Pena would like to submit a reply to the Government's opposition, he is directed to do so by no later than July 16, 2021. In his reply, Pena should address what impact, if any, his receipt of the vaccine has on his request.

SO ORDERED.

Dated: July 12, 2021
      New York, New York

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge